IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **RODERICK PRESS,** | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-17-1667 |
| **UNITED STATES OF AMERICA,** *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the foregoing memorandum, IT IS HEREBY ORDERED:

1. Defendants Knight Sky LLC and George Knizewski's Motion to Dismiss (ECF No. 12) pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED.

2. The United States of America's Motion to Dismiss (ECF No. 14) is GRANTED IN PART and DENIED IN PART. It is GRANTED to the extent that:

   a. The United States of America has not waived sovereign immunity for Plaintiff's claim arising out of the Incident Report posted in 2010.

3. The United States of America SHALL ANSWER Plaintiff's complaint in the time provided under 12(a)(4).

DATED this 7th day of March, 2018.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge